# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GOMEZ, | NO. SA CV 08-0800 ODW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA HERNDON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 26, 2009.

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE